**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Guadalupe Murrillo LOPEZ,**
**Defendant–Appellant.**

**No. 15–10002.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2015.\*

Filed Nov. 23, 2015.

James Allen Harmony, Jr., Esquire, Special Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David Eisenberg, I, Esquire, David Eisenberg, PLC, Phoenix, AZ, for Defendant–Appellant.

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

**MEMORANDUM** \*\*

Jose Guadalupe Murrillo Lopez appeals from the district court's judgment and challenges his guilty-plea conviction and 14–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Murrillo Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Murrillo Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Murrillo Lopez waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.